**Date signed March 09, 2005**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SLOAN'S AUCTION GALLERIES, LTD. | : | Case No. 02-23901PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| MERRILL COHEN, TRUSTEE | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 04-2282PM |
| | : | |
| NOMIS ANTIQUITIES | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

     Before the court is the motion of the Defendant entitled, Motion to Set Aside Default Judgment filed February 15, 2005. This mischaracterizes the status of the case, as only a Default has been entered as to the Defendant. There are three claims for relief - one based on general equitable principles, the second based upon an unstated meritorious defense and the Debtor's lack of insolvency, and finally the lack of personal jurisdiction over this Defendant.

     Unfortunately for the Defendant, under § 547(f) of the Bankruptcy Code, the Debtor is presumed to have been insolvent on and during the 90 days immediately preceding the filing of the petition. From what the court knows of all that has transpired in this case, this individual defendant has a heavy burden to sustain to prove the solvency of the Debtor. Further, under 28 U.S.C. § 1409(a) and (b), venue in the District of Maryland is proper with respect to actions to recover money judgments in excess of $1,000.00. The Defendant has failed to show good cause

for the setting aside the entry of the Default, and the motion will be denied. However, inasmuch as the damages have not been liquidated, the court will hold a hearing on **August 30, 2005, at 10:00 a.m.**, to fix the amount of the judgment to be awarded.

cc:
Kevork Simonian, Nomis Antiquities
   (1) 19656 Valdez Drive, Tarzana, CA 91356
   (2) 11639-A Ventura Blvd., Studio City, CA 91604
Nelson C. Cohen, Esq., 1201 Connecticut Avenue, N.W., Washington, DC 20036

**End of Memorandum**